No. 824. WALKER ET AL. *v.* COUNTY SCHOOL BOARD OF BRUNSWICK COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Jack Greenberg, James M. Nabrit III, William Bennett Turner, S. W. Tucker,* and *Henry L. Marsh III* for petitioners. *Frederick T. Gray* for respondents.

No. 820. NEW YORK STATE BROADCASTERS ASSN., INC., ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Robert A. Dreyer* for petitioners. *Solicitor General Griswold, Assistant Attorney General McLaren, Henry Geller, John H. Conlin,* and *Lenore G. Ehrig* for the United States et al. *George S. Pappagianis,* Attorney General, for the State of New Hampshire as *amicus curiae* in support of the petition.

No. 841. SYLVANIA ELECTRIC PRODUCTS, INC. *v.* COLUMBIA BROADCASTING SYSTEM. C. A. 1st Cir. Certiorari denied. MR. JUSTICE WHITE is of the opinion that certiorari should be granted. *John Hoxie* for petitioner.

No. 823. WILLIAMS ET AL. *v.* KIMBROUGH ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Jack Greenberg, James M. Nabrit III, William Bennett Turner,* and *Murphy W. Bell* for petitioners.